UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RONNIE BOONE, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:05-CV-173 RM |
| vs. ) | |
| ) | |
| FRANK CANARECCI, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Ronnie Boone, a *pro se* prisoner, filed a motion for leave to file an amended his complaint (docket # 6), a motion for leave to use the law library (docket # 7), and a motion to enlarge time to file an amended complaint (docket # 8). This case was dismissed and judgment entered on April 11, 2005. "[A] party cannot request leave to amend following a final judgment unless that judgment has been vacated." Weiss v. Cooley, 230 F.3d 1027, 1034 (7th Cir. 2000). The judgment in this case having not been vacated, the motions are **DENIED**.

SO ORDERED.

ENTERED: May __19__, 2005

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court